```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
GATER ASSETS LTD.,            :     99-cv-11962 (LAP)
                              :     16-cv-04118 (LAP)
                              :
          Plaintiff,          :
                              :          Order
     v.                       :
                              :
AO GAZSNABTRANZIT,            :
AO MOLDOVAGAZ, and the        :
REPUBLIC OF MOLDOVA,          :
                              :
          Defendants.         :
------------------------------x
```

Loretta A. Preska, Senior United States District Judge:

    Pursuant to the Court of Appeal's mandate, these actions are hereby dismissed for lack of jurisdiction.

    The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

**SO ORDERED.**

Dated:    New York, New York
           July 16, 2021

                                          _____
                                          LORETTA A. PRESKA
                                          Senior United States District Judge